# Court of Appeals
# of the State of Georgia

ATLANTA,    April 18, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1342.  JOHN KIRK, AS ADMINISTRATOR OF THE ESTATE OF BRYAN ALEXANDER KIRK v. DON PARK (USA) LIMITED PARTNERSHIP.**

John Kirk, as administrator of the estate of Bryan Alexander Kirk, filed a civil action against Don Park (USA) Limited Partnership.  On December 11, 2012, the trial court granted the defendant's motion to dismiss.  On January 14, 2013, Kirk filed a notice of appeal.

Kirk's appeal is untimely.  A notice of appeal must be filed within 30 days after entry of the order on appeal.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Kirk filed his notice of appeal 34 days after entry of the order he seeks to challenge.  His appeal is therefore untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 04/18/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*